

**FILED & ENTERED**

**SEP 24 2010**

**CLERK U.S. BANKRUPTCY COURT
Central District of California
BY cardoza   DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>Manuel Ibarra,<br><br>Debtor(s). | Case No: 1:10-bk-21347-GM<br><br>Chapter: 7<br><br>**ORDER DISMISSING INVOLUNTARY BANKRUPTCY PETITION FOR BAD FAITH FILING WITH AN 11 U.S.C. §109(g)(1) 180 DAY BAR AGAINST REFILING WITHOUT PRIOR COURT APPROVAL**<br><br>Date: September 23, 2010<br>Time: 10:00 a.m.<br>Location: Courtroom 303 |

    On September 10, 2010 petitioning creditors Abdul Mohammod, and Nasim Kareem filed an involuntary Chapter 7 bankruptcy petition against alleged debtor Manuel Ibarra.

    The Court scheduled an Order To Show Cause hearing for September 23, 2010 at 10:00 a.m. in Courtroom 303 why the above Chapter 7 involuntary petition filed against alleged debtor Manuel Ibarra should not be dismissed for bad faith filing with an 11 U.S.C. §109(g)(1) 180 day bar.

An involuntary summons had been issued on September 10, 2010, but no proof of service had been filed with the Court that the summons had ever been served.

No one appeared at the order to show cause hearing regarding the involuntary petition.

For these reasons the Chapter 7 involuntary petition filed against alleged debtor Manuel Ibarra is **DIMSISSED** for bad faith filing with an  11 U.S.C. §109(g)(1) 180 day bar against being a debtor under any Chapter without prior court approval from the entry date of this order.

###

DATED: September 24, 2010

_____
United States Bankruptcy Judge

- 2 -

**NOTE TO USERS OF THIS FORM**:

**1)** Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER DISMISSING INVOLUNTARY BANKRUPTCY PETITION FOR BAD FAITH FILING WITH AN 11 U.S.C. §109(g)(1) 180 DAY BAR AGAINST REFILING WITHOUT PRIOR COURT APPROVAL** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of_____, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

☒ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐ Service information continued on attached page

**ADDITIONAL SERVICE INFORMATION** (if needed):

| Category I (Served by the Court via Notice of Electronic Filing ("NEF")). | Category II (Served by Court via U.S. mail). |
|---|---|
|  | **Manuel Ibarra**<br>14636 Minnehaha<br>Mission Hills, CA 91345<br><br>**Abdul Mohammod**<br>1845 W. Lacienega<br>Los Angeles, CA 90018<br><br>**Nasim Kareem**<br>4141 Crenshaw Blvd<br>Los Angeles, CA 90008 |

Category III (To be served by the lodging party).

- 4